

Exhibit "B"

# ACORD — COMMERCIAL INSURANCE APPLICATION
## APPLICANT INFORMATION SECTION

DATE: 2/2/10

**PRODUCER**
- PHONE (A/C, No, Ext): (706) 722-6441
- FAX (A/C, No): (706) 724-6412
- Wm. J. HEFFERNAN & CO.
- P.O. BOX 2327
- AUGUSTA, GA 30903-2327
- CODE: 000953
- SUB CODE:
- AGENCY CUSTOMER ID

**CARRIER:** Great Lakes UK
**NAIC CODE:**
**UNDERWRITER:** D Davenport - SW
**UNDERWRITER OFF.:**
**POLICY NUMBER:** TBD

**POLICIES OR PROGRAM REQUESTED:** Commercial Property

**INDICATE SECTIONS ATTACHED:**
- [X] PROPERTY
- [ ] GLASS AND SIGN
- [ ] ACCOUNTS RECEIVABLE/VALUABLE PAPERS
- [ ] CRIME/MISCELLANEOUS CRIME
- [ ] TRANSPORTATION/MOTOR TRUCK CARGO
- [ ] EQUIPMENT FLOATER
- [ ] INSTALLATION/BUILDERS RISK
- [ ] ELECTRONIC DATA PROC
- [ ] COMMERCIAL GENERAL LIABILITY
- [ ] BUSINESS AUTO
- [ ] TRUCKERS/MOTOR CARRIER
- [ ] GARAGE AND DEALERS
- [ ] VEHICLE SCHEDULE
- [ ] BOILER & MACHINERY
- [ ] WORKERS COMPENSATION
- [ ] UMBRELLA

### STATUS OF TRANSACTION
- [ ] QUOTE
- [X] ISSUE POLICY
- [ ] RENEW
- [ ] BOUND (Give Date and/or Attach Copy):
- [ ] CHANGE  DATE: 2/2/10  TIME: 4:00 PM
- [ ] CANCEL

### PACKAGE POLICY INFORMATION
- PROPOSED EFF DATE: 2/2/10
- PROPOSED EXP DATE: 2/2/11
- BILLING PLAN: [X] DIRECT BILL [X] AGENCY BILL
- PAYMENT PLAN: PFS Finance Co.
- AUDIT:

### APPLICANT INFORMATION
- NAME: Michael Daffuse
- FEIN OR SOC SEC #:
- PHONE (A/C, No, Ext): (706) 951-3900
- INTERNET ADDRESS:
- MAILING ADDRESS: 145 Moxleyville Rd, Blythe, GA 30805
- [X] INDIVIDUAL
- [ ] CORPORATION
- [ ] SUBCHAPTER "S" CORPORATION
- [ ] NOT FOR PROFIT ORG
- [ ] PARTNERSHIP
- [ ] JOINT VENTURE
- [ ] LIMITED CORPORATION
- CR BUREAU NAME:
- ID NUMBER:
- YEAR BUS STARTED: 2010
- INSPECTION CONTACT: Michael Daffuse  PHONE: (706) 951-3900
- ACCOUNTING RECORDS CONTACT: Michael Daffuse  PHONE: (706) 951-3900

### PREMISES INFORMATION

| LOC # | BLD # | STREET, CITY, COUNTY, STATE, ZIP+4 | CITY LIMITS | INTEREST | YR BUILT | PART OCCUPIED |
|---|---|---|---|---|---|---|
| 1 | 1 | 145 Moxleyville Rd, Keysville, GA 30816 | [X] OUTSIDE | [X] OWNER | 2002 | Entire |
| 1 | 2 | 145 Moxleyville Rd, Keysville, GA 30816 | [X] OUTSIDE | [X] OWNER | 2009 | Entire |

### NATURE OF BUSINESS/DESCRIPTION OF OPERATIONS BY PREMISE(S)

The insured has an office building (Bldg #2).
The insured has workshop on property (Bldg #1) - works on hydraulic equipment.

### GENERAL INFORMATION
EXPLAIN ALL "YES" RESPONSES

1. IS THE APPLICANT A SUBSIDIARY OF ANOTHER ENTITY OR DOES THE APPLICANT HAVE ANY SUBSIDIARIES? — NO
2. IS A FORMAL SAFETY PROGRAM IN OPERATION? — NO
3. ANY EXPOSURE TO FLAMMABLES, EXPLOSIVES, CHEMICALS? — NO
4. ANY CATASTROPHE EXPOSURE? — NO
5. ANY OTHER INSURANCE WITH THIS COMPANY OR BEING SUBMITTED? — NO
6. ANY POLICY OR COVERAGE DECLINED, CANCELLED OR NON-RENEWED DURING THE PRIOR 3 YEARS? NOT APPLICABLE IN MO — NO
7. ANY PAST LOSSES OR CLAIMS RELATING TO SEXUAL ABUSE OR MOLESTATION ALLEGATIONS, DISCRIMINATION OR NEGLIGENT HIRING? — NO
8. DURING THE LAST FIVE YEARS (TEN IN RI), HAS ANY APPLICANT BEEN CONVICTED OF ANY DEGREE OF THE CRIME OF ARSON? — NO
9. ANY UNCORRECTED FIRE CODE VIOLATIONS? — NO
10. ANY BANKRUPTCIES, TAX OR CREDIT LIENS AGAINST THE APPLICANT IN THE PAST 5 YEARS? — NO

REMARKS/PROCESSING INSTRUCTIONS:

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR ANOTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME AND SUBJECTS THE PERSON TO CRIMINAL AND [NY: SUBSTANTIAL] CIVIL PENALTIES. (NOT APPLICABLE IN CO, HI, NE, OH, OK, OR, VT; IN DC, LA, ME AND VA, INSURANCE BENEFITS MAY ALSO BE DENIED)

APPLICANT'S SIGNATURE: [signature]
PRODUCER'S SIGNATURE: [signature]

ACORD 125 (2000/08)   PLEASE COMPLETE REVERSE SIDE   © ACORD CORPORATION 1993

## PRIOR CARRIER INFORMATION

| LINE | CATEGORY | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **GENERAL COMMERCIAL LIABILITY** | CARRIER | | | | | | | | | | | |
| | POLICY NUMBER | | | | | | | | | | | |
| | POLICY TYPE | CLAIMS MADE | OCCURRENCE | CLAIMS MADE | OCCURRENCE | CLAIMS MADE | OCCURRENCE | CLAIMS MADE | OCCURRENCE | CLAIMS MADE | OCCURRENCE | |
| | RETRO DATE | | | | | | | | | | | |
| | EFF-EXP DATE | | | | | | | | | | | |
| | GENERAL AGGREGATE | | | | | | | | | | | |
| | PRODUCTS COMP OP AGGREGATE | | | | | | | | | | | |
| | PERSONAL & ADV INJ | | | | | | | | | | | |
| | EACH OCCURRENCE | | | | | | | | | | | |
| | FIRE DAMAGE | | | | | | | | | | | |
| | MEDICAL EXPENSE | | | | | | | | | | | |
| | BODILY INJURY OCCURRENCE | | | | | | | | | | | |
| | BODILY INJURY AGGREGATE | | | | | | | | | | | |
| | PROPERTY DAMAGE OCCURRENCE | | | | | | | | | | | |
| | PROPERTY DAMAGE AGGREGATE | | | | | | | | | | | |
| | COMBINED SINGLE LIMIT | | | | | | | | | | | |
| | MODIFICATION FACTOR | | | | | | | | | | | |
| | TOTAL PREMIUM | | | | | | | | | | | |
| **AUTOMOBILE LIABILITY** | CARRIER | | | | | | | | | | | |
| | POLICY NUMBER | | | | | | | | | | | |
| | POLICY TYPE | | | | | | | | | | | |
| | EFF-EXP DATE | | | | | | | | | | | |
| | COMBINED SINGLE LIMIT | | | | | | | | | | | |
| | BODILY INJURY EA PERSON | | | | | | | | | | | |
| | BODILY INJURY EA ACCIDENT | | | | | | | | | | | |
| | PROPERTY DAMAGE | | | | | | | | | | | |
| | MODIFICATION FACTOR | | | | | | | | | | | |
| | TOTAL PREMIUM | | | | | | | | | | | |
| **PROPERTY** | CARRIER | | | | | | | | | | | |
| | POLICY NUMBER | | | | | | | | | | | |
| | POLICY TYPE | | | | | | | | | | | |
| | EFF-EXP DATE | | | | | | | | | | | |
| | BUILDING AMT | | | | | | | | | | | |
| | PERS PROP AMT | | | | | | | | | | | |
| | MODIFICATION FACTOR | | | | | | | | | | | |
| | TOTAL PREMIUM | | | | | | | | | | | |
| | CARRIER | | | | | | | | | | | |
| | POLICY NUMBER | | | | | | | | | | | |
| | POLICY TYPE | | | | | | | | | | | |
| | EFF-EXP DATE | | | | | | | | | | | |
| | LIMIT | | | | | | | | | | | |
| | MODIFICATION FACTOR | | | | | | | | | | | |
| | TOTAL PREMIUM | | | | | | | | | | | |

*(Handwritten across table: "NO PRIOR INSURANCE")*

## LOSS HISTORY

ENTER ALL CLAIMS OR LOSSES (REGARDLESS OF FAULT AND WHETHER OR NOT INSURED) OR OCCURRENCES THAT MAY GIVE RISE TO CLAIMS FOR THE PRIOR 5 YEARS (3 YEARS IN KS & NY)   CHK HERE IF NONE ___   SEE ATTACHED LOSS SUMMARY ___

| DATE OF OCCURRENCE | LINE | TYPE/DESCRIPTION OF OCCURRENCE OR CLAIM | DATE OF CLAIM | AMOUNT PAID | AMOUNT RESERVED | CLAIM STATUS |
|---|---|---|---|---|---|---|
| | | N/A - No Losses | | | | OPEN / CLOSED |
| | | | | | | OPEN / CLOSED |

**REMARKS**   NOTE: FIDELITY REQUIRES A FIVE YEAR LOSS HISTORY

### NOTICE OF INSURANCE INFORMATION PRACTICES

PERSONAL INFORMATION ABOUT YOU, INCLUDING INFORMATION FROM A CREDIT REPORT, MAY BE COLLECTED FROM PERSONS OTHER THAN YOU IN CONNECTION WITH THIS APPLICATION FOR INSURANCE AND SUBSEQUENT POLICY RENEWALS. SUCH INFORMATION AS WELL AS OTHER PERSONAL AND PRIVILEGED INFORMATION COLLECTED BY US OR OUR AGENTS MAY IN CERTAIN CIRCUMSTANCES BE DISCLOSED TO THIRD PARTIES. YOU HAVE THE RIGHT TO REVIEW YOUR PERSONAL INFORMATION IN OUR FILES AND CAN REQUEST CORRECTION OF ANY INACCURACIES. A MORE DETAILED DESCRIPTION OF YOUR RIGHTS AND OUR PRACTICES REGARDING SUCH INFORMATION IS AVAILABLE UPON REQUEST. CONTACT YOUR AGENT OR BROKER FOR INSTRUCTION ON HOW TO SUBMIT A REQUEST TO US.

ACORD 125 (2000/08)

# ACORD PROPERTY SECTION

DATE: 2/2/10

**PRODUCER** PHONE (A/C, No, Ext): (706) 722-6444
Wm. J. HEFFERNAN & CO., INC.
P.O. BOX 2327
AUGUSTA, GA 30903-2327

CODE: 000953   SUB CODE:
AGENCY CUSTOMER ID:

**APPLICANT (First Named Insured):** Michael Daffuse

**EFFECTIVE DATE:** 2/2/10
**EXPIRATION DATE:** 2/2/11
[X] AGENCY BILL
**PAYMENT PLAN:** PFS-Finance Co

## PREMISES INFORMATION

| SUBJECT OF INSURANCE | AMOUNT | COINS % | VALUATION | CAUSES OF LOSS | INFLATION GUARD % | DEDUCTIBLE | FORMS AND CONDITIONS TO APPLY |
|---|---|---|---|---|---|---|---|
| Building #1 | $27,000 | 80 | RC | | | | |
| Personal Property | $250,000 | 80 | RC | | | | |
| Building #2 | $22,000 | 80 | RC | | | | |
| Personal Property | $2,000 | 80 | RC | | | | |

ADDITIONAL COVERAGES, OPTIONS, RESTRICTIONS, ENDORSEMENTS AND RATING INFORMATION

BLDG #1 (BLDG #2 INFO ON BACK)

**CONSTRUCTION TYPE:** Frame
**PROT CL:** 6
**# STORIES:** 1
**YR BUILT:** 2002
**TOTAL AREA:** 960

**BUILDING IMPROVEMENTS**
WIRING, YR: 2002   PLUMBING, YR: 2002
ROOFING, YR: 2002   HEATING, YR: 2002
**ROOF TYPE:** Metal
**OTHER OCCUPANCIES:** None

ACORD 140 (1/98)   ATTACH TO APPLICANT INFORMATION SECTION   © ACORD CORPORATION 1985

| PREMISES INFORMATION | | PREMISES #: | BUILDING #: | STREET ADDRESS: | | | | |
|---|---|---|---|---|---|---|---|---|
| SUBJECT OF INSURANCE | | AMOUNT | COINS % | VALUATION | CAUSES OF LOSS | INFLATION GUARD % | DEDUCTIBLE | FORMS AND CONDITIONS TO APPLY |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| ADDITIONAL INFORMATION - BUSINESS INCOME/EXTRA EXPENSE | | | | | BUSINESS INCOME W/O EXTRA EXPENSE | | EXTRA EXPENSE |
|---|---|---|---|---|---|---|---|
| TYPE OF BUSINESS | ORDINARY PAYROLL | POWER/HEAT | | EXT PERIOD | TUITION FEES | OFF PREM POWER | DEPEND PROP |
| NON MFG | EXCL / INCL | $ ___ DED | | ___ DAYS $ | ___ STUDENTS | POWER | ___ % COIN |
| MFG | 90 DAYS | ELEC MEDIA | | MO PERIOD | $ ___ OTHER ED SERV/INC | WATER | CONT LOC |
| MINING | 180 DAYS | | DAYS $ | LIMIT | | COMM (DESCR BELOW) | REC LOC |
| ___ % COINS | $ ___ | ORD OR LAW | | MAX PERIOD | | | MFG LOC |
| | | | DAYS | | | | LDR LOC (DESC BELOW) |

NAME AND ADDRESS(ES) FOR OFF PREM POWER OR DEPEND PROP

EXTRA EXPENSE ___ DAYS PERIOD REST
LIMIT LOSS PAY ___ % ___ % ___ % ___ %

ADDITIONAL COVERAGES, OPTIONS, RESTRICTIONS, ENDORSEMENTS AND RATING INFORMATION

| CONSTRUCTION TYPE | DISTANCE TO HYDRANT / FIRE STAT | FIRE DISTRICT/CODE NUMBER | PROT CL | # STORIES | # BASM'TS | YR BUILT | TOTAL AREA |
|---|---|---|---|---|---|---|---|
| FRAME | FT / MI | | 6 | 1 | — | 2009 | 254 |

| BUILDING IMPROVEMENTS | | BLDG CODE GRADE | TAX CODE | ROOF TYPE | OTHER OCCUPANCIES | | |
|---|---|---|---|---|---|---|---|
| WIRING, YR: 2009 | PLUMBING, YR: 2009 | | | Metal | None | | |
| ROOFING, YR: 2009 | HEATING, YR: 2009 | WIND CLASS | | | HEATING BOILER ON PREMISES? | YES | NO |
| OTHER: | | RESISTIVE / SEMI-RESISTIVE / OTHER | | | IF YES, IS INSURANCE PLACED ELSEWHERE? | YES | NO |

| RIGHT EXPOSURE & DISTANCE | LEFT EXPOSURE & DISTANCE | REAR EXPOSURE & DISTANCE |
|---|---|---|
| | | |

| BURGLAR ALARM TYPE | CERTIFICATE # | EXPIRATION DATE | EXTENT | GRADE | CENTRAL STATION WITH KEYS |
|---|---|---|---|---|---|
| | | | | | |

| BURGLAR ALARM INSTALLED AND SERVICED BY | # GUARDS/WATCHMEN | CLOCK HOURLY |
|---|---|---|
| | | |

| PREMISES FIRE PROTECTION (Sprinklers, Standpipes, CO₂/Chemical Systems) | % SPRNK | FIRE ALARM MANUFACTURER | CENTRAL STATION LOCAL GONG |
|---|---|---|---|
| | | | |

### ADDITIONAL INTERESTS

| RANK: | NAME AND ADDRESS | EVIDENCE | RANK: | NAME AND ADDRESS | EVIDENCE |
|---|---|---|---|---|---|
| INTEREST LOSS PAYEE MORTGAGEE | | CERTIFICATE POLICY | INTEREST LOSS PAYEE MORTGAGEE | | CERTIFICATE POLICY |

### VALUE REPORTING INFORMATION

| REPORTING FORM: PROVIDE AVERAGE VALUES FOR PAST 12 MONTHS SUBJECT OF INSURANCE | PREMISES/ BUILDING | ANY OTHER LOCATION DECLARED AT INCEPTION | ANY OTHER LOCATION ACQUIRED AFTER INCEPTION | PREMISES NOT OWNED OR ACQUIRED LIMIT |
|---|---|---|---|---|
| | | | | |
| | | | | |

### REMARKS

ACORD 140 (1/98)

**MICHAEL DAFFUSE, 000953**                                                                10/30/2009

## POLICYHOLDER DISCLOSURE
## NOTICE OF TERRORISM
## INSURANCE COVERAGE

You are hereby notified that under the Terrorism Risk Insurance Act of 2002 ("TRIA") as amended, that you now have a right to purchase insurance coverage for losses arising out of acts of terrorism, as defined in Section 102(1) of the Act: The term "act of terrorism" means any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State, and the Attorney General of the United States-to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property; or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of an air carrier or vessel or the premises of a United States mission; and to have been committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion. Any coverage you purchase for "acts of terrorism" shall expire at 12:00 midnight December 31, 2007, the date on which the TRIA Program is scheduled to terminate or the expiry date of the policy whichever occurs first, and shall not cover any losses or events which arise after the earlier of these dates.

YOU SHOULD KNOW THAT COVERAGE PROVIDED BY THIS POLICY FOR LOSSES CAUSED BY CERTIFIED ACTS OF TERRORISM IS PARTIALLY REIMBURSED BY THE UNITED STATES UNDER A FORMULA ESTABLISHED BY FEDERAL LAW. UNDER THIS FORMULA, THE UNITED STATES PAYS 90% (85% IN RESPECT OF LOSSES OCCURING AFTER DECEMBER 31 2006) OF COVERED TERRORISM LOSSES EXCEEDING THE STATUTORILY ESTABLISHED DEDUCTIBLE PAID BY THE INSURER(S) PROVIDING THE COVERAGE. THE PREMIUM CHARGED FOR THIS COVERAGE IS PROVIDED BELOW AND DOES NOT INCLUDE ANY CHARGES FOR THE PORTION OF LOSS COVERED BY THE FEDERAL GOVERNMENT UNDER THE ACT.

|   | |
|---|---|
|   | I hereby elect to purchase coverage for acts of terrorism for a prospective premium of $ |
| X | I hereby elect to have coverage for acts of terrorism excluded from my policy. I understand that I will have no coverage for losses arising from acts of terrorism. |

X _[signature]_
Policyholder/Applicant's Signature

Michael Daffuse
Print Name

2/2/10
Date

.............. Syndicate on behalf of certain
underwriters at Lloyd's

TBD
Policy Number

22/12/05
LMA9004
Form approved by Lloyd's Market Association