IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| GREAT LAKES REINSURANCE (UK) PLC<br>    Plaintiff, | )<br>)<br>) |
| Vs. | ) Case No: 1:12CV00135<br>)<br>) |
| MICHAEL DAFFUSE,<br>    Defendant, | )<br>)<br>) |

## ORDER GRANTING PARTIES CONSENT MOTION

Upon review and being satisfied that the requirements of Local Rule 6.1 have been met by the parties, the Consent Motion Pursuant to Local Rule 6.1 to Extend Defendant's Time to Answer is hereby **GRANTED**. Defendant shall have through, and including, October 30, 2012 in which to file an Answer and any Counterclaims or Cross claims in connection with the above-captioned civil action.

**SO ORDERED** This 11th day of October, 2012 at Augusta, Georgia.

SCOTT L. POFF, CLERK

By: _____
Joseph A. Howell, III
Deputy Clerk