IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| **GREAT LAKES REINSURANCE (UK) PLC** )<br>  Plaintiff, )<br>  )<br>Vs. )<br>  )<br>  )<br>**MICHAEL DAFFUSE,** )<br>  Defendant, )<br>_____) | Case No: 1:12CV00135 |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S COMPLAINT**

COMES NOW Defendant Michael Daffuse, by and through his attorney of record, J. Andrew Tisdale, and for this his Response to Plaintiff's Complaint for Declaratory Judgment, respectfully shows as follows:

FIRST AFFIRMATIVE DEFENSE

That the Plaintiff's Complaint fails to state a claim upon which relief might be granted.

SECOND AFFIRMATIVE DEFENSE

The Defendant responds to the separately enumerated paragraphs of the Plaintiff's Complaint as follows:

1.

That Defendant admits the allegations in paragraphs one (1) through and including thirteen (13) of the Plaintiff's Complaint.

2

That Defendant denies the allegations in paragraphs fourteen (14) through and including twenty-one (21) of the Plaintiff's Complaint.

3.

That paragraph twenty-two (22) of Plaintiff's Complaint is a purported recitation of Georgia statutory law and does not state facts requiring either an admission or denial.

4.

That Defendant denies the allegations in paragraphs twenty-three (23) through and including thirty (30) of the Plaintiff's Compliant.

**WHEREFORE**, the Defendant prays as follows:

a) That Plaintiff's Suit be dismissed with Plaintiff being awarded nothing; and

b) That Defendant recover of Plaintiff his reasonable attorney fees and expenses associated with his defense of this matter; and

c) For such other and further relief as this Court deems just and proper under the circumstances.

This 30th day of October, 2012

        S/J. Andrew Tisdale
        J. Andrew Tisdale
        Georgia Bar No.712955
        Attorney for Defendant

Tisdale Law Firm
207 N. Belair Road
Evans Georgia 30809
Telephone (706) 869-1348
Facsimile (706) 869-9464
andy@tisdalelawfirm.com

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing.

Submitted this 30th day of October, 2012.

                                              By s/J. Andrew Tisdale
                                              J. Andrew Tisdale
                                              Attorney for Defendant
                                              Georgia Bar No. 712955

Tisdale Law Firm
207 N. Belair Road
Evans Georgia 30809
Telephone (706) 869-1348
Facsimile (706) 869-9464
andy@tisdalelawfirm.com