IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| **GREAT LAKES REINSURANCE (UK) PLC**<br>    Plaintiff, | )<br>)<br>) |
| Vs. | ) Case No: 1:12CV00135<br>)<br>) |
| **MICHAEL DAFFUSE,**<br>    Defendant, | )<br>)<br>)<br>) |

## MOTION TO WITHDRAW

In accordance with Local Rule 83.7 J. Andrew Tisdale desires to withdraw as counsel for Defendant Michael Daffuse. Movant shows as follows:

1.

That in accordance with Local Rule 83.7, J. Andrew Tisdale gave written notice to Defendant Michael Daffuse of his intent to withdraw from the case by means of a notice dated October 30, 2012 and mailed via certified mail to the client. A copy of this notice is attached hereto as Exhibit "A". As indicated in the attached Defendant's Consent to Withdrawal of Counsel (Attached as Exhibit "B"), Defendant Michael Daffuse has consented to the withdrawal of counsel.

2.

That the client has requested and has been provided a complete copy of his file.

3.

That the withdrawal of J. Andrew Tisdale shall not delay the trial of the case.

4.

That concurrent with the filing of this instant Motion J. Andrew Tisdale is filing an Order for the Court's consideration.

5.

That Local Rule 83.7 requires the expiration of 14 days between the date notice is first given to the client of an intent to withdrawal and the presentation to this Court of a request to withdraw. The Rule does not address a situation where the client consents prior to the expiration of the 14 day period. Accordingly, Movant respectfully suggest that the granting of withdrawal prior to the expiration of the 14 day period is appropriate under circumstances where the client consents.

WHEREFORE, Movant request an Order granting withdrawal.

This 9th day of November, 2012

S/J. Andrew Tisdale
J. Andrew Tisdale
Georgia Bar Number: 712955

Tisdale Law Firm
207 N. Belair Road
Evans Georgia 30809
Telephone (706) 869-1348
Facsimile (706) 869-9464
andy@tisdalelawfirm.com

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| GREAT LAKES REINSURANCE (UK) PLC<br>　　Plaintiff, | )<br>)<br>) |
| Vs. | ) Case No: 1:12CV00135<br>)<br>) |
| MICHAEL DAFFUSE,<br>　　Defendant, | )<br>)<br>) |

### NOTICE OF WITHDRAWAL PURSUANT TO LOCAL RULE 83.7

Comes now J. Andrew Tisdale and gives Notice to Defendant Michael Daffuse that he intends, pursuant to Local Rule 83.7, to withdraw as the attorney of record representing Defendant Michael Daffuse in the above-captioned matter. This Notice is given at least fourteen (14) days prior to a request being presented to the District Judge of the United States District Court for the Southern District of Georgia, Augusta Division, wherein counsel shall request that his name be stricken from the record as the attorney representing Defendant Michael Daffuse.

This 30 day of October, 2012.

　　　　　　　　　　　　　　　　　　　J. Andrew Tisdale
　　　　　　　　　　　　　　　　　　　Georgia Bar Number 712955

Tisdale Law Firm
207 N. Belair Road
Evans Georgia 30809
Telephone (706) 869-1348
Facsimile (706) 869-9464


EXHIBIT A

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing *Notice of Withdrawal Pursuant To Local Rule 83.7* upon the following by way of Certified Mail and United States Mail in a properly addressed envelope with adequate postage affixed for safe and proper delivery to the following:

Michael Daffuse
145 Moxleyville Road
Blythe GA 30805
7010 0290 0002 3774 4064

This 30th day of October, 2012

J. Andrew Tisdale
Georgia Bar No.: 712955
Attorney for Defendant

207 North Belair Road
Evans, Georgia 30809
Telephone: (706) 869-1348
Facsimile: (706) 869-9464

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Michael Daffuse
    145 moxletville Rd
    Blythe GA 30805

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Dawn Prince
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   Dawn Prince                   11-1-12

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7010 0290 0002 3774 4064

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| GREAT LAKES REINSURANCE (UK) PLC )<br>    Plaintiff, )<br>)<br>Vs. )<br>)<br>)<br>MICHAEL DAFFUSE, )<br>    Defendant, )<br>_____) | Case No: 1:12CV00135 |

### DEFENDANT'S CONSENT TO WITHDRAWAL OF COUNSEL

COMES NOW, the Defendant Michael Daffuse, and shows that he consents to J. Andrew Tisdale as agent and employee of Tisdale Law Firm withdrawing as his counsel of record in the above-style case. The Defendant shows that Mr. Tisdale has fully advised him of the current status of the case and that Mr. Tisdale has provided him with copies of all of the relevant documentation to this case.

This 7 day of November, 2012.

_____
Michael Daffuse
Defendant


EXHIBIT B

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing.

Submitted this 9th day of November, 2012.

By s/J. Andrew Tisdale
J. Andrew Tisdale
Attorney for Defendant
Georgia Bar No. 712955

Tisdale Law Firm
207 N. Belair Road
Evans Georgia 30809
Telephone (706) 869-1348
Facsimile (706) 869-9464
andy@tisdalelawfirm.com